Steven BROTHER, Robert Short, Plaintiffs–Appellants,

v.

CPL INVESTMENTS, INC., d.b.a. Ramada–South Miami/Dadeland, Defendant–Appellee,

Charles L. Leemon, III, d.b.a. Ramada–South Miami/Dadeland, Defendant.

No. 05–12973

Non–Argument Calendar.

D.C. Docket No. 02–23680–CV–JEM.

United States Court of Appeals, Eleventh Circuit.

Jan. 26, 2006.

William Nicholas Charouhis, Charouhis & Associates, P.A., Miami, FL, for Plaintiffs–Appellants.

Norman Davis, Squire, Sanders & Dempsey LLP, Miami, FL, for Defendant–Appellee.

Before MARCUS, WILSON and FAY, Circuit Judges.

PER CURIAM:

This appeal challenges an award of costs in favor of a prevailing defendant/appellee and the award of attorneys fees as a sanction against counsel for the plaintiffs/appellants. These awards are affirmed for the reasons set forth in the detailed orders entered by the United States Magistrate Judge on January 13, 2005 and by the United States District Judge on April 27, 2005, which are fully supported by the record.

AFFIRMED.